**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Ellis Lydell TROTTER, Defendant–**
**Appellant.**

**No. 15–7930.**

United States Court of Appeals,
Fourth Circuit.

Submitted: March 29, 2016.

Decided: April 1, 2016.

---

Ellis Lydell Trotter, Appellant Pro Se. William David Muhr, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Before GREGORY and DUNCAN, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ellis Lydell Trotter appeals the district court's order denying his motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Trotter,* No. 2:09–cr–00133–RGD–DEM–1 (E.D.Va. Nov. 12, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*